

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00044-CV

**$14,832.00 UNITED STATES CURRENCY** and one (1) 2010 Mercedes and certain property,
Appellants

v.

The **STATE** of Texas,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17767
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. No costs of appeal are taxed in this case because the person from whom the property was seized, Serge L. Hiden, is indigent.[1]

SIGNED April 27, 2022.

_____
Rebeca C. Martinez, Chief Justice

---

[1] In forfeiture proceedings, the defendant is the seized property, but the complaining party on appeal, the claimant, is the person from whom the property was seized. *See* TEX. CODE CRIM. PROC. art. 59.04(j); *see also State v. $217,590.00 in U.S. Currency*, 18 S.W.3d 631, 632 (Tex. 2000).